IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **TAVARUS MATTHEWS, Individually and on Behalf of All Others,** | ) ) ) |
| Plaintiffs, | ) ) Case No. 18-CV-109 |
| vs. | ) ) ) |
| **STAFFMARK INVESTMENT LLC,** | ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

COMES NOW Defendant Staffmark Investment LLC ("Staffmark"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, hereby removes this civil action from the Sixteenth Judicial Circuit Court, Jackson County, Missouri to the United States District Court for the Western District of Missouri. As grounds for removal, Staffmark states as follows:[1]

1. On December 1, 2017, Plaintiff Tavarus Matthews ("Plaintiff") filed an action against Staffmark in the Sixteenth Judicial Circuit Court, Jackson County, Missouri entitled *Tavarus Matthews, Individually and on Behalf of All Others v. Staffmark Investment LLC*, Case No. 1716-CV29507. Pursuant to 28 U.S.C. § 1446(a), a copy of the state court file is attached hereto as Exhibit 1.

2. Staffmark was served with the Complaint on January 10, 2018. Exhibit 1, at 5; Declaration of Christa Taney, at ¶ 6, attached hereto as Exhibit 2. This Notice of Removal is timely filed within thirty days after service of the Complaint on Staffmark. 28 U.S.C. § 1446(b).

---

[1] By filing this Notice of Removal, Staffmark does not waive, and instead expressly preserves any objections or defenses to the Complaint including, but not limited to, those based on jurisdiction or venue.

3. Because the Sixteenth Judicial Circuit Court, Jackson County, Missouri lies within this District, this Court is the appropriate venue for removal. 28 U.S.C. §§ 1441(a) and 1446(a).

4. Plaintiff's two count complaint alleges a claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* (Count I) and a claim for negligence per se (Count II).

5. Plaintiff's FCRA claim alleges, on behalf of himself and on behalf of all other individuals who suffered an adverse employment action after December 1, 2015, that Staffmark violated 15 U.S.C. §§ 1681b(b)(2) and b(b)(3) by not providing Plaintiff a copy of his consumer report before taking adverse action, not providing Plaintiff a reasonable amount of time to challenge any inaccuracies in his consumer report, and not providing Plaintiff with a FCRA summary of rights prior to the adverse action.

6. Plaintiff's negligence per se claim, Count II, alleges that Staffmark's presumed violation of FCRA injured Plaintiff. Additionally, Plaintiff has requested "all appropriate damages, attorneys' fees and costs, and all other relief allowed by law" in Count II.

7. The Court possesses federal question jurisdiction over Plaintiff's Complaint because the FCRA claim (Count I) arises under federal law. 28 U.S.C. § 1331; *see also* 15 U.S.C. § 1681, *et seq*. The Court has supplemental jurisdiction over the negligence per se claim (Count II) pursuant to 15 U.S.C. § 1367.

8. The Court also has diversity jurisdiction over the negligence per se claim pursuant to 15 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and diversity of citizenship exists. In his Complaint, Plaintiff admits he is a resident of Missouri. *See* Ex. 1, at 8, ¶ 10. Staffmark, for its part, is incorporated in Delaware and its principal place of business is located in Ohio. Exhibit 2, Declaration of Christa Taney, at ¶¶ 3, 4.

9. Pursuant to 28 U.S.C. § 1446(d), Staffmark will file a Notice of Removal to the Clerk of the Sixteenth Judicial Circuit Court, Jackson County, Missouri.

10. Pursuant to 28 U.S.C. § 1446(d), Staffmark is mailing today a Notice to Plaintiff stating that a Notice of Removal to the Clerk of the United States District Court for the Western District of Missouri was filed, and serving a copy of this Notice of Removal upon Plaintiff. A copy of said Notice to Plaintiff will be electronically filed today.

11. A Civil Cover Sheet is filed with this Notice as Exhibit 3.

12. A Disclosure of Corporate Interests for Staffmark will be filed today.

13. Staffmark will promptly provide notice of this Notice of Removal to the Sixteenth Judicial Circuit Court, Jackson County, Missouri and to Plaintiff, pursuant to 28 U.S.C. § 1446.

WHEREFORE, having fulfilled all statutory requirements, Defendant Staffmark Investment LLC removes the above-described action pending in the Sixteenth Judicial Circuit Court, Jackson County, Missouri, to this Court, and requests that this Court assume full jurisdiction over the matter as provided by law, and permit this action to proceed before it as a matter properly removed thereto.

Respectfully submitted,

/s/ Charles E. Reis, IV
Charles E. Reis, IV #32535
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway
Suite 1500
St. Louis, MO 63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
creis@littler.com

Attorney for Defendant
Staffmark Investment LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of February, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system and sent via U.S. Mail to the following: Charles Jason Brown (brown@brownandwatkins.com) and Jayson A. Watkins (watkins@brownandwatkins. com), Brown & Watkins LLC, 301 S. US 169 Hwy., Gower, Missouri, 64454, Tel: 816.505.4529, Fax: 816.424.1337, Attorneys for Plaintiff.

/s/ Charles E. Reis, IV

Firmwide:152337385.7 084745.1003