IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TAVARUS MATTHEWS,<br>individually and o/b/o all others,<br><br>Plaintiff,<br><br>vs.<br><br>STAFFMARK INVESTMENT LLC,<br><br>Defendant. | Case No. 18-00109-CV-W-ODS |

ORDER DISMISSING MATTER WITH PREJUDICE

Today, the parties filed a Stipulation of Dismissal. Doc. #16. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed with prejudice with each party to bear her or its own costs and fees.

IT IS SO ORDERED.

DATE: May 8, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT